**Order entered July 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00212-CR

**JASON MONDRAE ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80241-2022**

## ORDER

Before the Court is appellant's July 18, 2022 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by August 17, 2022.

/s/    ERIN A. NOWELL
        JUSTICE